

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**OFFICE OF THE CLERK**

Martin Luther King Jr. Federal Bldg & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

WILLIAM T. WALSH
CLERK

**CAMDEN OFFICE**
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets, Room 1050
Camden, New Jersey 08101

September 27, 2019

**TRENTON OFFICE**
Clarkson S. Fisher U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

**REPLY TO: TRENTON**

Douglas C. Palmer, Clerk of Court
US District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

      **Re: UNITED STATES OF AMERICA V. JOSEPH PISTONE**
      **Your Criminal Docket No. 3:00-CR-122**
      **Our Criminal Docket No. 3:19-CR-688**

Dear Clerk,

    Enclosed please find a Transfer of Jurisdiction Order to the District of New Jersey from your District. Please note that this matter has been filed in this District and assigned the above referenced docket number. Please forward the charging document, judgment and docket sheet to this Court at your earliest convenience.

    Thank you for your anticipated cooperation in this matter.

                                                    Very truly yours,

                                                  William T. Walsh
                                                  Clerk

                                                  By: s/John Moller
                                                  Deputy Clerk

cc: U.S. Probation Office for the District of New Jersey