# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Joseph Pistone                                    Cr.: 19-00688-001
                                                                    PACTS #: 4843583

Name of Sentencing Judicial Officer:    THE HONORABLE ANNE E. THOMPSON
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/07/2001

Original Offense:    Count One: Racketeering, 18 U.S.C. § 1962(c) and 1963

Original Sentence: 240 months imprisonment, 36 months supervised release

Special Conditions: Restitution $2,000.00, Drug Treatment, Substance Abuse Testing

Type of Supervision: Supervised Release                    Date Supervision Commenced: 07/17/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | Illicit Drug Use.  On February 27, 2020 the offender submitted a urine sample which tested and confirmed positive for cocaine on Specimen # B03893368. |

U.S. Probation Officer Action:

The offender was released from the Bureau of Prisons on July 17, 2019. He commenced supervised release in this district based upon his residence in Jackson, New Jersey. Shortly thereafter, a urinalysis drug test was administered on August 13, 2019, which tested positive for cocaine. Pistone acknowledged his use of the drug.  A notification to the Court was submitted by the United States Probation Office for the Eastern District of New York, along with a request to initiate transfer of judicial jurisdiction. On September 20, 2019, the Honorable Arthur D. Spatt ordered no further court action was deemed necessary, in favor of the offender initiating participation in a substance abuse program, referred by the Probation Office. On that same date, Judge Spatt signed an Order relinquishing jurisdiction. On September 26, 2019, judicial jurisdiction was accepted by Your Honor.

On February 27, 2020, during a routine home visit, a urinalysis drug test was administered by the undersigned officer. The test result was positive for cocaine. The offender acknowledged his use and signed an Admission of Drug Use form. Based on his willingness to admit use, coupled with his participation in a substance abuse program, this officer is recommending that no court action be taken at this time, in favor of allowing the offender to continue to participate in the counseling program, which he opines has helped him tremendously while he still struggles with his addiction. The counselor has been consulted and despite his relapse, does feel that the client is making progress. The offender will continue to be tested randomly to ensure drug abstinence.

Respectfully submitted,

*Carolyn Stevens / sa*

By: Carolyn M. Stevens
     Senior U.S. Probation Officer
Date: 03/09/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

3/10/20
_____
Date