PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Joseph Pistone                                    Cr.: 19-00688-001
                                                                     PACTS #: 4843583

Name of Sentencing Judicial Officer:    THE HONORABLE ANNE E. THOMPSON
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/07/2001

Original Offense:   Count One: Racketeering

Original Sentence: 240 months imprisonment, 36 months supervised release

Special Conditions: Restitution: $2,000.00, Drug Treatment, Substance Abuse Testing

Type of Supervision: Supervised Release                  Date Supervision Commenced: 07/17/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On September 9, 2020, Pistone submitted a urine sample which tested positive for cocaine. Pistone admitted to sniffing cocaine due to "stress" about his job and repairs at his girlfriend's home. |

U.S. Probation Officer Action:

Pistone released from the Bureau of Prisons on July 17, 2019. He commenced supervised release in the District of New Jersey based upon his residence in Jackson, New Jersey. On August 13, 2019, Pistone tested positive for cocaine and acknowledged using the drug. A notification to the Court was submitted by the United States Probation Office in the Eastern District of New York, along with a request to initiate transfer of judicial jurisdiction. On September 20, 2019, the Honorable Arthur D. Spatt, United States District Judge in the Eastern District of New York, ordered no further court action, and in favor of the Probation Office initiating participation in substance abuse treatment. On September 26, 2019, judicial jurisdiction was accepted by Your Honor.

On February 27, 2020, Pistone tested positive for cocaine again and admitted to using the drug. Your Honor was notified about the drug use and treatment was continued. Pistone has remained in weekly treatment utilizing "telemed" during COVID 19 provider restrictions and the counselor reported he continues making progress. Pistone admitted to using cocaine again and tested positive on September 9, 2020. A subsequent test on September 16, 2020 was negative for all substances. The Probation Office notified his counselor who will increase treatment and drug testing. With increased testing and treatment, the Probation Office will monitor Pistone's response and notify the Court with any additional non-compliance. The Probation Office respectfully requests that no court action be taken at this time. Pistone advises he is aware he has been given multiple chances and may have to appear in Court to answer for his continued use of cocaine.

Prob 12A – page 2
Joseph Pistone

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: BLAIR C. JANULIS
U.S. Probation Officer

/ bcj

APPROVED:

EDWIN VAZQUEZ          9/23/20
Supervising U.S. Probation Officer      Date

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

*/s/ Anne E. Thompson*
Signature of Judicial Officer

10/9/2020
Date