PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Joseph Pistone                                        Cr.: 19-00688-001
                                                                        PACTS #: 4843583

Name of Sentencing Judicial Officer:    THE HONORABLE ANNE E. THOMPSON
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/07/2001

Original Offense:           Count One: Racketeering

Original Sentence: 240 months imprisonment, 36 months supervised release

Special Conditions: Restitution $2,000.00, Drug Treatment, Substance Abuse Testing

Type of Supervision: Supervised Release           Date Supervision Commenced: 07/17/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   On April 22, 2021, Pistone submitted a diluted urine sample which tested positive for cocaine. On May 6, 2021, the sample was confirmed diluted and positive for cocaine by Alere Toxicology Services, Inc. Pistone denied using or handling cocaine to the U.S. Probation Officer and treatment provider.

U.S. Probation Officer Action:

Pistone released from the Bureau of Prisons on July 17, 2019. He commenced supervised release in the District of New Jersey based upon his residence in Jackson, New Jersey. On August 13, 2019, Pistone tested positive for cocaine and acknowledged using the drug. A notification to the Court was submitted by the United States Probation Office in the Eastern District of New York, along with a request to initiate transfer of judicial jurisdiction. On September 20, 2019, the Honorable Arthur D. Spatt, United States District Judge in the Eastern District of New York, ordered no further court action, and in favor of the U.S. Probation Office initiating participation in substance abuse treatment. On September 26, 2019, judicial jurisdiction was accepted by Your Honor.

On February 27, 2020, Pistone tested positive for cocaine again and admitted to using the drug. Your Honor was notified about the drug use and treatment was continued. Pistone remained in weekly treatment utilizing "telemed" during COVID 19 provider restrictions and the counselor reported he continues making progress. Pistone admitted to using cocaine again and tested positive for the drug on September 9, 2020. Your Honor was notified about the non-compliance, Pistone remained in treatment with increased testing.

On April 22, 2021, Pistone provided a diluted sample which tested positive for cocaine. The U.S. Probation Office and treatment provider obtained the results from a laboratory on April 30, 2021 and Pistone has

Prob 12A – page 2<br>Joseph Pistone

denied using or handling cocaine. The U.S. Probation Office and treatment provider agree an updated mental health evaluation will be beneficial and Pistone will continue in weekly treatment with increased testing.

Our office will work with the treatment provider and follow any recommendations from the upcoming mental health evaluation. Pistone's progress in treatment will be monitored and Your Honor will be notified with any non-compliance. We respectfully request that no court action be taken at this time.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Blair Janulis/SGM*

By:   BLAIR C. JANULIS
      U.S. Probation Officer

/ bcj

APPROVED:

*Suzanne Golda-Martinez*           05/12/2021

SUZANNE GOLDA-MARTINEZ       Date
Supervising U.S. Probation Officer

___

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5/13/21
_____
Date